# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PINNACLE VENTURES LLC; PINNACLE VENTURES DEBT FUND III, L.P.; and PINNACLE IV, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>BERTELSMANN EDUCATION SERVICES LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 18-cv-03412-BLF<br><br>**ORDER CONDITIONALLY SEALING FEBRUARY 11, 2020 ORDER DEFERRING RULING ON PINNACLE'S ANTI-SLAPP MOTION AND GRANTING PINNACLE'S MOTION TO DISMISS WITH LEAVE TO AMEND; AND DIRECTING PARTIES TO MEET AND CONFER ON A STIPULATED SEALING REQUEST** |

On February 11, 2020, the Court issued an Order Deferring Ruling On Pinnacle's Anti-SLAPP Motion And Granting Pinnacle's Motion To Dismiss With Leave To Amend. The order has been conditionally sealed because it references materials that were filed under seal in this case. The parties shall meet and confer to determine whether a stipulated sealing request regarding the order is appropriate. The parties shall submit a stipulated request for redactions to the order (or indicate that no redactions are requested) on or before March 3, 2020.

**IT IS SO ORDERED.**

Dated: February 11, 2020

BETH LABSON FREEMAN
United States District Judge