STEVEN M. SCHATZ, State Bar No. 118356
CATHERINE E. MORENO, State Bar No. 264517
DYLAN G. SAVAGE, State Bar No. 310452
RALITZA S. DINEVA, State Bar No. 305974
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email: sschatz@wsgr.com
       cmoreno@wsgr.com
       dsavage@wsgr.com
       rdineva@wsgr.com

*Attorneys for Defendant*
*Bertelsmann Education Services LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PINNACLE VENTURES LLC; PINNACLE VENTURES DEBT FUND III, L.P.; PINNACLE IV, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> BERTELSMANN EDUCATION SERVICES LLC, <br><br> Defendant. | CASE NO.: 18-cv-03412-BLF <br><br> (Santa Clara County Superior Court Case No. 18CV329145) <br><br> Hon. Beth Labson Freeman <br><br> **STIPULATED [PROPOSED] ORDER SEALING CONFIDENTIAL INFORMATION IN COURT'S FEBRUARY 11, 2020 ORDER** <br><br> Action Filed: June 5, 2018 <br> Removal Filed: June 8, 2018 |

**STIPULATED [PROPOSED] ORDER**

Pursuant to the Court's February 11, 2020 Order Conditionally Sealing February 11, 2020 Order Deferring Ruling on Pinnacle's Anti-SLAPP Motion and Granting Pinnacle's Motion to Dismiss with Leave to Amend; and Directing Parties to Meet and Confer on a Stipulated Sealing Request (ECF No. 103) (the "Order"), the parties hereby STIPULATE AND AGREE, and respectfully request that the Court order, that the following portions of the Order, which reflect confidential information or materials that were previously filed under seal, be maintained under seal:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Order | As highlighted in the version filed herewith, portions of pages: 2, 3, 5, and 8. |

**IT IS SO STIPULATED.**

Dated: March 3, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Catherine E. Moreno
    Catherine E. Moreno

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sschatz@wsgr.com
       cmoreno@wsgr.com
       dsavage@wsgr.com
       rdineva@wsgr.com

*Attorneys for Defendant*
*Bertelsmann Education Services LLC*

Dated: March 3, 2020

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Brian M. Lutz
    Brian M. Lutz

555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8379
Facsimile: 415.374.8474
Email: BLutz@gibsondunn.com

*Attorneys for Plaintiffs*
*Pinnacle Ventures LLC; Pinnacle Ventures*
*Debt Fund III, L.P.; Pinnacle IV, L.P.*

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated:

Honorable Beth Labson Freeman
United States District Court Judge

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

This certifies, pursuant to Civil Local Rule 5-1(i)(3), that all signatories to this document concur in its content and have authorized this filing.

Dated: March 3, 2020                              /s/ Catherine E. Moreno
                                                               Catherine E. Moreno