STEVEN M. SCHATZ, State Bar No. 118356
CATHERINE E. MORENO, State Bar No. 264517
DYLAN G. SAVAGE, State Bar No. 310452
RALITZA S. DINEVA, State Bar No. 305974
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email: sschatz@wsgr.com
       cmoreno@wsgr.com
       dsavage@wsgr.com
       rdineva@wsgr.com

*Attorneys for Defendant*
*Bertelsmann Education Services LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PINNACLE VENTURES LLC; PINNACLE VENTURES DEBT FUND III, L.P.; PINNACLE IV, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>BERTELSMANN EDUCATION SERVICES LLC,<br><br>Defendant. | CASE NO.: 18-cv-03412-BLF<br><br>(Santa Clara County Superior Court Case No. 18CV329145)<br><br>Hon. Beth Labson Freeman<br><br>**STIPULATED [PROPOSED] ORDER SEALING CONFIDENTIAL INFORMATION IN THE TRANSCRIPT OF THE FEBRUARY 6, 2020 HEARING ON PLAINTIFFS' MOTION TO DIMISS AND SPECIAL MOTION TO STRIKE DEFENDANT'S COUNTERCLAIMS** |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Bertelsmann Education Services LLC ("BES") and Pinnacle Ventures, LLC, Pinnacle Ventures Debt Fund III, L.P., and Pinnacle IV, L.P. (collectively, "Plaintiffs") respectfully request that the Court seal certain portions of the transcript of the February 6, 2020 hearing on Plaintiffs' Motion to Dismiss and Special Motion to Strike BES's Counterclaims (the "February 6, 2020 Transcript").

On September 19, 2019, BES filed an Answer to Plaintiffs' Amended Complaint and Counterclaims and requested that the Court seal confidential information contained therein. ECF Nos. 83-84. On October 10, 2019, Plaintiffs filed a Motion to Dismiss and a Special Motion to Strike BES's Counterclaims, along with a motion to seal confidential information in its motions. ECF Nos. 87-88. BES filed its Opposition to Plaintiffs' motions on October 24, 2019 (ECF No. 92), and Plaintiffs filed their Reply in support of the motions on October 31, 2019 (ECF No. 93), with both parties requesting to file under seal certain confidential information contained in those pleadings (ECF Nos. 91, 94). On December 12, 2019, the Court granted the parties' motions to seal. ECF No. 97 (granting motions at ECF Nos. 83, 88, 91, 94).

On February 6, 2020, the Court held a hearing on Plaintiffs' Motion to Dismiss and Special Motion to Strike BES's Counterclaims. On February 11, 2020, the Court issued an order conditionally sealing its Order Deferring Ruling on Plaintiffs' Special Motion to Strike and Granting Plaintiffs' Motion to Dismiss BES's Counterclaims with Leave to Amend and directed the parties to meet and confer on a stipulated sealing request regarding the February 11, 2020 Order on Plaintiffs' motions. ECF No. 103. The parties filed a Stipulated Proposed Order Sealing Confidential Information in the Court's February 11, 2020 Order on March 3, 2020 (ECF No. 107), and the Court approved the parties' stipulated order on March 6, 2020 (ECF No. 110).

The parties now seek to file under seal portions of the February 6, 2020 Transcript that discuss confidential information contained in the above-referenced pleadings and orders and are consistent with information previously sealed by the Court. The confidential information sought to be filed under seal contains details of financing transactions between BES, Plaintiffs, and/or non-party private company HotChalk, Inc. ("HotChalk"), including sensitive information related to the ownership structure, financial condition, and debt burden of HotChalk. As described

1  above, the Court has already found that this information is properly maintained under seal.  *See*
2  ECF No. 97 at 2 (finding that "[b]ecause the parties' sealing motions relate to Defendant's
3  pleading and the briefing on Plaintiffs' motion to dismiss and strike that pleading, the sealing
4  motions are more than tangentially related to the merits of the case" and that "compelling
5  reasons to seal portions of the documents at issue" exist).
6         The parties have conferred and agreed upon proposed redactions to the February 6, 2020
7  Transcript.  As such, the parties hereby STIPULATE AND AGREE, and respectfully request
8  that the Court order, that the following portions of the February 6, 2020 Transcript, which reflect
9  confidential information or materials that were previously filed under seal, be maintained under
10 seal:

| **Document** | **Portions to Be Filed Under Seal** |
| --- | --- |
| February 6, 2020 Transcript | As highlighted in the version filed herewith, portions of pages: 6, 7, 8, 9, 14, 15, 16, 17. |

**IT IS SO STIPULATED.**

Dated:  March 11, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Catherine Moreno*
    Catherine Moreno

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sschatz@wsgr.com
       cmoreno@wsgr.com
       dsavage@wsgr.com
       rdineva@wsgr.com

*Attorneys for Defendant
Bertelsmann Education Services LLC*

Dated:  March 11, 2020

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Brian M. Lutz*
    Brian M. Lutz

555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8379
Facsimile: 415.374.8474
Email: BLutz@gibsondunn.com

*Attorneys for Plaintiffs Pinnacle Ventures LLC; Pinnacle Ventures Debt Fund III, L.P.; Pinnacle IV, L.P.*

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: March __, 2020

                                        
Honorable Beth Labson Freeman
United States District Judge

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that Brian M. Lutz concurred in the filing of this document.

Dated: March 11, 2020                     /s/ *Catherine Moreno*
                                              Catherine Moreno